UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

TRUSTEES OF THE NORTH ATLANTIC STATES
CARPENTERS HEALTH, PENSION, ANNUITY,
APPRENTICESHIP, AND LABOR MANAGEMENT
COOPERATION FUNDS,

For Online Publication Only

**FILED**
**CLERK**

3/31/2026 1:10 pm

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

                                          Petitioners,

-against-

                                  **ORDER**
                                  25-cv-06919 (JMA) (ARL)

MATHUSEK INC. a/k/a MATUSEK INC.,

                                      Respondent.

---------------------------------------------------------------------X

**AZRACK, United States District Judge:**

Before the Court is the unopposed motion of Petitioners Trustees of the North Atlantic States Carpenters Health, Pension, Annuity, Apprenticeship, and Labor Management Cooperation Funds to confirm and enforce an arbitration award issued against Respondent Mathusek Inc. on September 25, 2025 (the "Arbitration Award"). (ECF No. 1 ("Pet.").) The Arbitration Award directs Respondent to pay Petitioners the sum of $180.010.82, consisting of:

- delinquent contributions of $140,302.78;

- interest of $6,597.48;

- liquidated damages of $28,060.56;

- auditing fees of $3,300;

- attorneys' fees of $950; and

- the arbitrator's fee of $800.

(Pet., Ex. E.)

Respondent was served with the summons and Petition by service upon the New York State Secretary of State on January 2, 2026, (see ECF No. 10), and was additionally served as a courtesy

1

via e-mail and first-class mail on January 7, 2026, (see ECF No. 9).  Respondent has not responded to the Petition.

Petitioners now ask the Court to: (1) confirm the Arbitration Award; (2) award Petitioners the balance of $180,010.82 pursuant to the Arbitration Award plus interest from the date of the Award through the date of the judgment; and (3) award Petitioners $1,733.50 in attorneys' fees and costs. (Pet. at 8.)  Because Respondent has not answered the Petition, the Court treats the Petition as an unopposed motion for summary judgment.  See D.H. Blair & Co. v. Gottdiener, 462 F.3d 95, 109–10 (2d Cir. 2006).

After reviewing the Petition and its supporting documents, the Court grants Petitioners summary judgment and confirms the Arbitration Award as to the balance of $180,010.82.  Further, the Court awards Petitioners attorneys' fees and costs totaling $1,733.50.  In addition, Petitioners are awarded pre-judgment interest at the rate of 9% per annum starting on September 25, 2025, as well as post-judgment interest.  Post-judgment interest should be calculated at the rate provided by 25 U.S.C. § 1961(a) from the date final judgment is entered until the date the judgment is paid. The Clerk of the Court is respectfully directed to enter judgment in accordance with this Order and to close this case.

**SO ORDERED.**

Dated:    March 31, 2026
            Central Islip, New York

                                                    /s/ JMA
                                                    JOAN M. AZRACK
                                                    UNITED STATES DISTRICT JUDGE